IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02333-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

$8,374.00 IN UNITED STATES OF AMERICA,

      Defendant.

_____

### MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 26, 2014.**

      For good cause shown, the Unopposed Motion to Stay Proceedings [filed November 25, 2014; docket #18] is **granted**. Proceedings in this case shall be temporarily **stayed** pending the outcome of the related criminal case. The parties shall file a joint status report on the fifteenth day of each month while the case is stayed, beginning on January 15, 2015. The report shall inform the Court of the status of the criminal proceedings.