IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02333-MEH

UNITED STATES OF AMERICA,

  Plaintiff,

v.

$8,374.00 IN UNITED STATES OF AMERICA,

  Defendant.

_____

## MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 13, 2015.**

  For good cause shown, the Unopposed Motion to Lift Stay and Set Deadline for Filing Answer [filed March 13, 2015; docket #23] is **granted**. The stay of proceedings in this case is lifted. Defendant shall file an answer or other response to the operative pleading on or before **April 3, 2015**.