IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02333-MEH

UNITED STATES OF AMERICA,

       Plaintiff,

v.

$8,374.00 IN UNITED STATES CURRENCY,

       Defendant.

---

**FINAL ORDER OF FORFEITURE**

---

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture, the Court having reviewed said Motion FINDS:

THAT the United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT the United States and claimant Dowinder Boparai, through counsel, Harvey Steinberg, and have reached a settlement agreement resolving the Boparai's interest as to Defendant Currency;

The Government and Claimant Boparai have filed their Settlement Agreement with the Court resolving all issues in dispute as to Defendant Currency;

THAT no other claims to the above listed defendant property have been filed,

1

THAT $1,374.00 of Defendant Currency shall be returned to claimant Dowinder Boparai;

THAT forfeiture of Defendant $7,000.00 in United States currency shall enter in favor of the United States;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 881.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT the United States shall have full and legal title to defendant $7,000.00 in United States Currency, and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties Settlement Agreement;

THAT the Clerk of Court is directed to enter Judgment; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to defendant Currency pursuant to 28 U.S.C. § 2465.

SO ORDERED this 31st day of August, 2015.

BY THE COURT:

_____
MICHAEL E. HEGARTY
United States Magistrate Judge