IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02333-MEH

UNITED STATES OF AMERICA,

       Plaintiff,

v.

$8,374.00 IN UNITED STATES CURRENCY,

       Defendant.

---

**FINAL JUDGMENT**

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Final Order of Forfeiture entered by the Honorable Magistrate Judge Michael Hegarty, the following JUDGMENT is hereby entered:

1. That $1,374.00 of Defendant Currency shall be returned to claimant Dowinder Boparai;

2. That forfeiture of Defendant $7,000.00 in United States currency shall enter in favor of the United States;

3. That it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 881.

4. That the United States shall have full and legal title to defendant $7,000.00 in United States Currency, and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties Settlement Agreement;

5. That a Certificate of Reasonable Cause, as to Defendant Currency

pursuant to 28 U.S.C. § 2465.

Dated at Denver, Colorado this 1st day of September, 2015.

                                  JEFFREY P. COLWELL  
                                  Clerk of the U.S. District Court

                              By:  S. Libid  
                                    Deputy Clerk